[No. 33480-8-I. Division One. April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HUBERT SEATON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02262-6, Jo Anne Alumbaugh, J., entered September 13, 1993. *Affirmed* by unpublished opinion per Alsdorf, J. Pro Tem., concurred in by Coleman and Becker, JJ.

[No. 33543-0-I. Division One. April 24, 1995.]

*In the Matter of the Marriage of* LINDA HARTZELL, *Appellant, and* JERRY A. HARTZELL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-3-00030-3, Richard J. Thorpe, J., entered September 20, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Coleman and Agid, JJ.

[No. 34940-6-I. Division One. April 24, 1995.]

POLYGON MANAGEMENT, INC., *Respondent*, v. SCOTT A. BALE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-06647-1, John F. Wilson, J., entered December 8, 1993. *Affirmed* by unpublished opinion per Alsdorf, J. Pro Tem., concurred in by Agid and Cox, JJ.